IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, #113338, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:11-cv-0705-TMH |
| ) | [WO] |
| BILL WYNNE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objections (Doc. #22 & #23) to the Recommendation of the Magistrate Judge are overruled;

2. The Recommendation of the Magistrate Judge (Doc. #21) filed on July 25, 2013 is adopted;

3. The petition for habeas corpus relief filed by Michael Williams is DENIED and this case is DISMISSED with prejudice.

Done this 16th day of October, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE